UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 30 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. _____ |
| v. ) | |
| ) | **4:16CR00144 CDP/SPM** |
| EKUBA JOHNSON, ) | |
| ) | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 12, 2016, in the City of Saint Louis, within the Eastern District of Missouri,

**EKUBA JOHNSON,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit:   (1) a Taurus make, Millennium G2 model nine millimeter semi-automatic pistol bearing serial number T1N47379, of which traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney